# Order

**Michigan Supreme Court**
**Lansing, Michigan**

August 7, 2008

136920 & (3)

Clifford W. Taylor,
Chief Justice

Michael F. Cavanagh
Elizabeth A. Weaver
Marilyn Kelly
Maura D. Corrigan
Robert P. Young, Jr.
Stephen J. Markman,
Justices

GRIEVANCE ADMINISTRATOR,
      Petitioner-Appellee,

v

JOEL S. GEHRKE,
      Respondent-Appellant.

SC: 136920
ADB: 05-29-GA

_____/

On order of the Court, the motion for immediate consideration is GRANTED. The respondent's request for a stay of the Attorney Discipline Board's June 10, 2008 order regarding the payment of restitution is also GRANTED. The application for leave to appeal remains pending.



I, Corbin R. Davis, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

August 7, 2008

_____
Clerk

p0806